```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX042931
Cashier ID: sq
Transaction Date: 11/08/2011
Payer Name: PENDLETON FRIEDBERG WILSON..
.
----------------------------------
CIVIL FILING FEE
 For: PENDLETON FRIEDBERG WILSON...
 Amount:       $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

11-CV-2910


A fee of $53.00 will be assessed on
any returned check.
```