IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02910-RBJ-KLM

MATTHEW DONACA, an individual and on behalf of all others similarly situated,

      Plaintiff,

v.

DISH NETWORK, LLC.,

      Defendant.

---

## ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a **5-day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 8, 2013 at 9:00 a.m.**

      A Final Pretrial/Trial Preparation Conference is set for **March 22, 2013 at 1:30 p.m.** Counsel who will try the case shall attend in person.

      During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

      For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

      DATED this 3rd day of February, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge