IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MATTHEW DONACA, an individual and
on behalf of all others similarly situated,

    Plaintiff,

v.                                        Civil Action No. 11-cv-02910

DISH NETWORK, LLC,

    Defendant.

### [Proposed] Order Amending Certain Deadlines

The parties, by their counsel, jointly request that the Court amend the Scheduling Order (Doc. 26) by extending class certification briefing deadlines by approximately one month, and by extending by one month the deadline for the Defendant to disclose class certification expert witness information specified in the Scheduling Order. Plaintiff requests the additional time due to the need to review the documents he expects to obtain as a result of the Court's recent discovery rulings. Plaintiff has no objection to the Defendant's request for additional time to disclose a class certification expert.

For good cause shown, the Court grants the motion. The Scheduling Order is amended in the following respects:

1. Defendant's class certification experts: September 17, 2012.
2. Plaintiff's motion for class certification: October 1, 2012.
3. Defendant's memorandum in response: November 1, 2012.
4. Plaintiff's Reply Memorandum: November 15, 2012.

The Scheduling Order remains unaltered in all other respects.

DATED this 20 day of August, 2012.

555459

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge