IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                    Date: July 11, 2013
Court Reporter:     Kara Spitler

Civil Action No. 11-cv-02910-RBJ

*Parties*:                                        *Counsel*:

MATTHEW DONACA,                                   Matthew P. McCue
                                                  John W. Barrett
        Plaintiff,                                Edward Broderick
                                                  Edward Allen
v.

DISH NETWORK, L.L.C.,                             Todd Mackintosh
                                                  Gregory Lucht
        Defendant.                                Eric Zalud
                                                  Benjamen Kern
                                                  David Krueger

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:       9:30 a.m.**

Court calls case.  Appearances of counsel.

Opening remarks by the Court.

Argument by Mr. Barrett and Mr. Lucht as to Plaintiff's Motion for Leave to Modify Proposed Class Definition #[205].

**Court in recess        10:20 a.m.**
**Court in session:      10:43 a.m.**

Mr. Zalud advises the Court the defendant is withdrawing its opposition to Plaintiff's Motion to Amend the Scheduling Order to Allow for the Completion of Properly Noticed Third-Party Discovery #[190].

Parties request a continuance of the trial date.

**ORDERED:** Plaintiff's Motion for Class Certification #[102] is DENIED.

**ORDERED:** Plaintiff's Motion to Amend the Scheduling Order to Allow for the Completion of Properly Noticed Third-Party Discovery #[190] is GRANTED.

**ORDERED:** Plaintiff's Motion for Leave to Modify Proposed Class Definition #[205] is GRANTED.

**ORDERED:** Trial Preparation Conference set August 8, 2013 is VACATED and RESET to **March 20, 2014 at 1:00 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:** Jury Trial set August 26, 2013 is VACATED and RESET to **April 7, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

HEARING CONCLUDED.
**Court in recess:**        **10:52 a.m.**
Total time in court:     00:59