# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 11-CV-02910-RBJ**

**MATTHEW DONACA, an individual and on behalf of all others similarly situated,**

    Plaintiff,

v.

**DISH NETWORK, LLC,**

    Defendant.

---

## PLAINTIFF'S REVISED MOTION FOR CLASS CERTIFICATION
---

Under Federal Rule of Civil Procedure 23(b)(3), Plaintiff Matthew Donaca asks the Court to certify the following class with respect to all claims:

> Persons who received calls promoting DISH goods or services from the following CID/ANIs, on the following Dates, from or at the direction of the following Dealers and their affiliates:

| CID/ANI | Date(s) | Dealer |
|---|---|---|
| (702) 520-1152 | November 16, 2007 | Apex Satellite |
| (714) 607-5765 | July 31, 2008 | Marketing Guru |
| (978) 570-2310 | August 19, 2008 | Clear Interactive |
| (978) 570-2310 | September 3, 2008 | Clear Interactive |
| (765) 807-6500 | July 27, 2009 | LA Activations |
| (949) 241-8026 | May 1, 2010-June 30, 2010 | Satellite Systems Network |
| (800) 375-8211 | July 1, 2010- January 31, 2011 | Satellite Systems Network |
| (574) 970-0867 | February 7-9, 2011 | Paramount Media Group |
| (207) 512-2291 | February 9-11 & 14-17, 2011 | Paramount Media Group |
| (516) 224-0069 | February 9, 14, & 16, 2011 | Paramount Media Group |
| (516) 224-0067 | February 17, 2011 | Paramount Media Group |
| (503) 457-1017 | January 16, 2012 | Satellite Services Utah |
| (425) 390-8176 | January 17-18, & 20, 2012 | Satellite Services Utah |
| (425) 336-8350 | January 30-31, 2012 | Satellite Services Utah |
| (503) 457-1009 | Jan. 24-26, 2012 & Feb. 1, 8, & 15, 2012 | Satellite Services Utah |
| (503) 457-1032 | Jan. 30, 2012 & Feb. 15, 2012 | Satellite Services Utah |

To track the allegations in the complaint, Plaintiff proposes two subclasses: (a) a §227(b) robocall subclass (alleged in Count One), consisting of all persons who received calls by pre-recorded voice message or by automated telephone dialing systems; and (b) a §227(c) DNC subclass (Count Two), consisting of all persons whose telephone numbers were listed on the national Do Not Call Registry for at least thirty days, and received more than one call during the class period in a twelve-month span.

Plaintiff has conferred with counsel for the Defendant. The Defendant opposes this motion.

Grounds for this motion are set forth in a supporting memorandum.

> Plaintiff Matthew Donaca,
> By his attorneys.

*/s/ John W. Barrett*
John W. Barrett
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
jbarrett@baileyglasser.com

Edward M. Allen
Pendleton, Friedberg, Wilson & Hennessey, P.C.
1875 Lawrence St., 10th Floor
Denver, CO 80202-1898
(303) 839-1204
(303) 831-0786 *facsimile*
eallen@penberg.com

Edward A. Broderick
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
(617) 738-7080
(617) 951-3954 *facsimile*
ted@broderick-law.com

Matthew P. McCue  
The Law Office of Matthew P. McCue  
1 South Avenue, Third Floor  
Natick, MA 01760  
(508) 655-1415  
(508) 319-3077 *facsimile*  
mccue@massattorneys.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 11-cv-02910**

**MATTHEW DONACA, an individual and
on behalf of all others similarly situated,**

    **Plaintiff,**

**v.**

**DISH NETWORK, LLC,**

    **Defendant.**

_____

**Certificate of Service**
_____

I certify that **PLAINTIFF'S REVISED MOTION FOR CLASS CERTIFICATION** was filed on September 13, 2013 through the Court's electronic case filing system, and that service will be effected through that system upon the following counsel:

    Eric L. Zalud
    Benesch, Friedlander, Coplan & Aronoff LLP
    200 Public Square, Suite 2300
    Cleveland, OH 44114

    Todd E. Mackintosh
    Wood, Ris & Hames, PC
    17775 Sherman, Suite 1600
    Denver, CO 80203

    Benjamin E. Kern
    Law Office of Benjamin E. Kern LLC
    5327 Westpointe Plaza Drive, PMB 207
    Columbus, OH 43228

    */s/John W. Barrett*
    John W. Barrett