IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 11-cv-02910-RBJ | Date:  December 12, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| MATTHEW DONACA | *Edward M. Allen* |
| | *John W. Barrett* |
| | *Jonathan R. Marshall* |
| | *Matthew P. McCue* |
| | *Anthony Paronich (Entry of Appearance required)* |
| **Plaintiff(s)** | |
| **v.** | |
| DISH NETWORK, LLC | *Benjamen E. Kern* |
| | *David M. Krueger* |
| | *Gregory J. Lucht* |
| | *Todd McIntosh (Entry of Appearance required)* |
| | *Eric L. Zalud* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTION HEARING**

**9:19 a.m.**      **Court in Session.**

Appearance of counsel.

Discussion on timing and issues to be presented at today's hearing.

9:33 a.m.      Presentation by Mr. Barrett with questions from the Court.

9:45 a.m.      Presentation by Mr. McCue.

9:54 a.m.      Mr. Barrett clarifies the class definition with questions from the Court.

10:21 a.m.        Continued presentation by Matthew McCue with questions from the Court.

**10:39 a.m.        Court in recess.**
**10:57 a.m.        Court in session.**

Continued presentation by Mr. Barrett with questions from the Court.

11:20 a.m.        Presentation by Mr. Lucht with questions from the Court.

11:31 a.m.        Presentation by Mr. Kern with questions from the Court.  The Court asks
                  questions of Mr. Paronich during Mr. Kern's presentation.

**12:11 p.m.        Court in recess.**
**2:09 p.m.        Court in session.**

Continued presentation by Mr. Lucht and Mr. Kern with questions from the Court.

2:47 p.m.        Presentation of video deposition of Plaintiff Matthew Donaca by Mr. Zalud.

3:01 p.m.        Presentation of video deposition of Bahar (Sophia) Tehranchi by Mr. Zalud

3:12 p.m.        Presentation of video deposition of Anya Verkhovskaya by Mr. Zalud.

3:19 p.m.        Presentation of video deposition of Robert R. Biggerstaff by Mr. Zalud.

3:34 p.m.        Presentation of deposition of Christopher Lawn by Mr. Zalud and Mr. McIntosh.

**3:43 p.m.        Court in recess.**
**4:00 p.m.        Court in session.**

Presentation of deposition of Ryan Neill by Mr. Zalud and Mr. McIntosh.

4:06 p.m.        Argument given by Mr. Zalud.
                  Exhibit B is tendered to the Court.

4:20 p.m.        Presentation of deposition of John Porter byMr. Zalud and Mr. Krueger.

4:40 p.m.        Presentation of video deposition of James Christiano by Mr. Zalud.

[221] Motion to Certify Class is TAKEN UNDER ADVISEMENT.

Request by Plaintiff's counsel to present rebuttal evidence is DENIED.

**5:04 p.m.        Court in recess.**        Hearing concluded.        Total time in Court:  05:12