# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 11-CV-02910-RBJ**

**MATTHEW DONACA, an individual and on behalf of all others similarly situated,**

    **Plaintiff,**

**v.**

**DISH NETWORK, LLC,**

    **Defendant.**

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the undersigned parties stipulate to the dismissal of the above-captioned case with prejudice, with each party to bear its own fees and costs, with all rights of appeal waived.

Respectfully submitted,

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| */s/ John W. Barrett* | */s/ Eric Larson Zalud* |
| John W. Barrett | Eric Larson Zalud |
| Jonathan Marshall | Benesch, Friedlander, Coplan |
| Bailey & Glasser, LLP | & Aronoff LLP |
| 209 Capitol Street | 200 Public Square, Suite 2300 |
| Charleston, WV 25301 | Cleveland, OH  44114-2378 |
| (304) 345-6555 | (216) 363-4178 |
| Email: jbarrett@baileyglasser.com | Email: ezalud@beneschlaw.com |
| Email: jmarshall@baileyglasser.com | |
| | Todd E. Mackintosh |
| Edward M. Allen | Wood, Ris & Hames, P.C. |
| Pendleton, Friedberg, Wilson & Hennessey, P.C. | 17775 Sherman, Suite 1600 |
| 1875 Lawrence St., 10th Floor | Denver, CO  80203 |
| Denver, CO 80202-1898 | (303) 863-7700 |
| (303) 839-1204 | Email: tmackintosh@wrhlaw.com |
| Email: eallen@penberg.com | |

2

Edward A. Broderick
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
(617) 738-7080
Email:  ted@broderick-law.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Third Floor
Natick, MA 01760
(508) 655-1415
Email: mccue@massattorneys.net

Benjamen E. Kern
Benesch, Friedlander, Coplan & Aronoff
41 South High Street, Suite 2600
Columbus, OH  43215
(614) 223-9300
Email: bkern@beneschlaw.com

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 11-cv-02910**

**MATTHEW DONACA, an individual and
on behalf of all others similarly situated,**

    **Plaintiff,**

**v.**

**DISH NETWORK, LLC,**

    **Defendant.**

---

## Certificate of Service

---

I certify that ***Joint Stipulation of Dismissal With Prejudice*** was filed on March 21, 2014, through the Court's electronic case filing system, and that service will be effected through that system upon the following counsel:

    Eric L. Zalud
    Benesch, Friedlander, Coplan & Aronoff LLP
    200 Public Square, Suite 2300
    Cleveland, OH 44114

    Todd E. Mackintosh
    Wood, Ris & Hames, PC
    17775 Sherman, Suite 1600
    Denver, CO 80203

    Benjamin E. Kern
    Law Office of Benjamin E. Kern LLC
    5327 Westpointe Plaza Drive, PMB 207
    Columbus, OH 43228

                                               */s/John W. Barrett*
                                               John W. Barrett